# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2025

## NO. 03-25-00248-CV

**R. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the decree terminating parental rights signed by the trial court on March 25, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's termination decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.